FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 14 2011
J T NOBLIN, CLERK
BY_____ DEPUTY

LaShare  132426
(Last Name)  (Identification Number)

Jason  Allen
(First Name)  (Middle Name)

Washington County
(Institution)

1398 North Beauchamp Ext.
(Address) Greenville, MS 38703

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

v.

Leake County

CIVIL ACTION NUMBER 3:11cv700-BGMTP
(to be completed by the Court)

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes ( )  No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Jason A. LaShare   Prisoner Number: 132426

Address: 1398 North Beauchamp Ext.
Greenville, MS
38703

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Leake County _____ is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Jason A. LaShare
ADDRESS: 1398 North Beauchamp Ext. Greenville, MS 38703

DEFENDANT(S):

NAME: Leake County
ADDRESS: Carthage, MS

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( ✓ )   No (   )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( ✓ )   No (   )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )   No (   )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )   No (   )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (   )   No ( ✓ ), if so, state the results of the procedure: _____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (   )   No (   )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

In April of 2009 I was incarsarated at Leake county work center. My job title was garbage truck. On OR around April 14 I fell off garbage truck. I went to Carthage hospital. They could not do any thing for me so a helicopter came and air lifting me to Jackson "UMC". They did X-rays and discovered that I had a fracture skull. They called my family and told them that they needed to come up there cuz they did not know if I was going to make it. I stayed there about 8 days. They gave me drugs test and I came up clean.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Pain and souering, doctor bills

Signed this 9th day of November, 2011.

Jason Jothave 132426
1398 North Beauchamp Ext, Greenville ms 38703
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Jason Jothave
Signature of plaintiff

(Date)

4

Carthage hospital and "UMC" sent doctor bills to my family. They had to put my right ear back on. I have a scar from that. I go thrugh a lot of pain everyday. I get real bad headache.

Thank You
Jason Dothane
132426