IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JASON ALLEN LASHARE, #132426                                   PLAINTIFF

V.                                   CIVIL ACTION NO. 3:11-cv-700-~~TSL~~-JMR

LEAKE COUNTY                                              DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

THE PARTIES, Plaintiff Jason Allen LaShare, and Defendant, Leake County, Mississippi, have announced to this Court, that they have resolved all claims, and that this matter should be dismissed, with each party bearing their own cost and fees.

IT IS THEREFORE ORDERED AND ADJUDGED, that this matter is DISMISSED, with prejudice and that each party shall bear their own cost and fees.

This the ~~4th~~ 15th day of October, 2013

Hon. John Roper

_____
United States Magistrate Judge

So Agreed,

PLAINTIFF

_____
JASON ALLEN LASHARE

LEAKE COUNTY, MISSISSIPPI,
DEFENDANT

BY: _____
MICHAEL J. WOLF

1

Prepared By:
MICHAEL J. WOLF - MSB # 99406
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Blvd., Suite 200 [39232-2215]
Post Office Box 1163
Jackson, Mississippi  39215-1163
TELEPHONE:   601-420-0333
FACSIMILE:    601-420-0033
mwolf@pagekruger.com